UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

TAMMY CONWAY, individually, and
as Personal Representative of the Estate
of David Conway, deceased,

      Plaintiff,

No. 15-cv-1137-DRH

v.

ADRIAN CARRIERS, et al.,

      Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation for Dismissal with Prejudice (Doc. 148), this case is **DISMISSED with prejudice**, with each party to bear their own costs.

MARGARET M. ROBERTIE,
CLERK OF COURT

BY:    /s/ *Alex Francis*
             Deputy Clerk

APPROVED:

Judge Herndon
2018.10.18
11:30:20 -05'00'

U.S. DISTRICT JUDGE
U. S. DISTRICT COURT